■ In the Matter of WILLIAM SMITH, Respondent, v JANIECE PATROWSKI, Appellant. [642 NYS2d 122] —Order unanimously affirmed without costs. Memorandum: We agree with respondent that Family Court erred when it awarded temporary custody

of the parties' son to petitioner without conducting an evidentiary hearing (*see, Matter of Farrelly-Brew v Moore,* 221 AD2d 1000; *Van Etten v Van Etten,* 207 AD2d 992; *Kronenberger v Kronenberger,* 204 AD2d 1059, 1060). There is no need to reverse, however, because the court subsequently conducted an evidentiary hearing. The record of that hearing fully supports the court's determination that a change in custody is in the best interests of the child (*see, Matter of Louise E. S. v W. Stephen S.,* 64 NY2d 946, 947; *Eschbach v Eschbach,* 56 NY2d 167, 172). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Custody.) Present—Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.